IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER GIFT, et al., | : | CIVIL ACTION |
| | : | NO. 11-5285 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| TRAVID SALES ASSOCIATES, | : | |
| INC., et al., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **2nd** day of **August, 2012,** it is hereby **ORDERED** that Defendant Johnson Controls's Motion for Summary Judgment (ECF No. 25) is **GRANTED in part** as to Counts I, II, and VII of Plaintiffs' Amended Complaint **and DENIED in part without prejudice** as to Plaintiffs' remaining counts.

It is hereby further **ORDERED** that Defendant Johnson Controls's Motion to File a Reply Brief (ECF No. 35) is **GRANTED**.[1]

It is hereby further **ORDERED** that this case is **REMANDED** to the Court of Common Pleas for Berks County, Pennsylvania.

**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1] The Court considered the substance of this reply brief in the disposition of the Motion.